PD-0377-15

NO. 0184904

| | | |
|---|---|---|
| NAM BRYAN TRAN | § | IN THE COURT OF |
| | § | |
| V. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 02 2015
Abel Acosta, Clerk

**PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

**COMES NOW** the Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS
APR 02 2015
Abel Acosta, Clerk

1. The style and appeal number in the Court of Appeals is: NAM BRYAN TRAN V. THE STATE OF TEXAS, Appeal No.06-13-00087-CR.

2. The petitioner moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), T.R.A.P., that requires the filing of eleven(11) copies of the Petition for Discretionary Review with the Court.

3. The facts relied upon to show good cause for this request are, as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

**WHEREFORE, PREMISES CONSIDERED**, the Petitioner respectfully requests that this Honorable Court grant leave to file an

original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted,

Nam Bryan Tran#
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

## CERTIFICATE OF SERVICE

The petitioner hereby certifies that a copy of the foregoing Motion has been mailed postage prepaid to The Tarrant County District Attorney, Tim Curry Justice Center, 401 W. Belknap, Fort Worth, Tx 76196-0201, on this_____day of march, 2015.

NAM BRYAN TRAN

2